ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Lanterra, LLC | )     ASBCA No. 59985 |
| | ) |
| Under Contract No. FA5004-14-P-0070 | ) |

APPEARANCES FOR THE APPELLANT:     Aron C. Beezley, Esq.
Robert J. Symon, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Col Matthew J. Mulbarger, USAF
  Air Force Chief Trial Attorney
Kevin A. Doherty, Esq.
  Associate General Counsel (Acquisition)
Capt Amy K. Siak, USAF
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 December 2015

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59985, Appeal of Lanterra, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals